# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **MARIANNE MINUTO,** individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>**ENSUREM II, LLC**, a Delaware company,<br><br>      *Defendant,* | No. 8:21-cv-01678-CEH-AAS<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SETTLEMENT

Plaintiff Marianne Minuto hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

                                                  Respectfully submitted,

DATED this 11th day of March, 2022.

                                          */s/ Avi R. Kaufman*
                                          Avi R. Kaufman* (FL Bar No. 84382)
                                          kaufman@kaufmanpa.com
                                          KAUFMAN P.A.
                                          400 NW 26th Street
                                          Miami, FL 33127
                                          Telephone: (305) 469-5881
                                          *Trial Counsel

*Attorneys for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*