UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIANNE MINUTO,

    Plaintiff,

v.                                                    Case No: 8:21-cv-1678-CEH-AAS

ENSUREM II, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Stipulation of Dismissal (Doc. 35). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Dismissal is **APPROVED** (Doc. 35).

    2)    This cause is dismissed, with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 5, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record